# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STATE OF FLORIDA,

Appellant,

v.

TERESA ANN ZEPPI,

Appellee.

No. 2D2025-0982

———————————————

May 15, 2026

Appeal from the Circuit Court for Manatee County; Peter A. Dubensky, Senior Judge.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellant.

Andrea Flynn Mogensen of The Law Office of Andrea Flynn Mogensen PA., Sarasota, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.